NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**BRIAN ANDERSON,**
*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2013-7143

---

Appeal from the United States Court of Appeals for Veterans Claims in No. 12-274.

---

**ON MOTION**

---

**O R D E R**

Brian Anderson submits a petition for rehearing, which the court treats as a motion to reopen his appeal. Mr. Anderson's appeal was dismissed on November 1, 2013 for failure to pay the docketing fee and for failure to file a brief. While Anderson states that he submitted a motion to proceed in forma pauperis, it has not been received by this court.

2                                 ANDERSON v. SHINSEKI

Upon consideration thereof,

IT IS ORDERED THAT:

The motion will be granted, the mandate will be recalled, the dismissal order will be vacated, and the appeal will be reinstated if Mr. Anderson files his opening brief and a motion for leave to proceed in forma pauperis (using the enclosed IFP form) within 30 days of the date of filing of this order.

                                        FOR THE COURT

                                        /s/ Daniel E. O'Toole
                                            Daniel E. O'Toole
                                            Clerk of Court

s21